Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00068-CR

Corey J. **DUKES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-4699
Honorable Mary D. Román, Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:       Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  September 15, 2010

AFFIRMED

Appellant, Cory J. Dukes, pled no contest to the charge of possession of a controlled substance. Appellant's sentence was suspended and he was placed on community supervision for two years. Later, the State moved to revoke appellant's community supervision. At a hearing on the motion to revoke, appellant pled "true" to violating a condition of his community supervision. On appeal, appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating there are no arguable grounds to be

advanced.  Counsel concludes the appeal is without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  Appellant was informed of his right to review the record.  Counsel provided appellant with a copy of the brief and advised him of his right to file a pro se brief.  Appellant has not filed a brief.  After reviewing the record, we agree that the appeal is frivolous and without merit.  Accordingly, we affirm the trial court's judgment, and we GRANT appellate counsel's motion to withdraw.  *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Sandee Bryan Marion, Justice

Do not publish